United States District Court
Southern District of Texas
**ENTERED**
May 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-23-165 |
| | § | |
| | § | |
| JOHN DOE, subscriber assigned IP address | § | |
| 98.200.149.122, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 10), this action is dismissed without prejudice.

SIGNED on May 9, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge